

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     In re William H. Atwell, II

Appellate case number:   01-18-01066-CV

Trial court case number: 463026

Trial court:             Probate Court No 3 of Harris County

By order dated January 7, 2019, this Court abated this proceeding and remanded to the trial court to allow the successor respondent to reconsider the ruling challenged. On February 15, 2019, relator filed a notice attaching an order signed February 15, 2019, refusing to set aside the previous ruling.

Accordingly, we **REINSTATE** the proceeding on the active docket.

The Court directs real party in interest, Gena Atwell, to file a response to the petition for writ of mandamus **by April 2, 2019**.

It is so ORDERED.


Judge's signature: ____/s/ Justice Peter Kelly_____
                          ☑ Acting individually    ☐ Acting for the Court


Date:    __March 12, 2019__